2529.   DOLVIN, DAVIDSON & COMPANY *v.* STOVALL COMPANY.

HILL, C. J.   From a judgment of a justice's court dismissing a case for want of prosecution an appeal to a jury does not lie. If there is error in the judgment, certiorari is the remedy to have the case reinstated. *Humphries* v. *Blalock,* 100 *Ga.* 404 (28 S. E. 165) ; *Toole* v. *Edmondson,* 104 *Ga.* 776 (31 S. E. 25).                  *Judgment affirmed.*

DECIDED JULY 5, 1910.

Certiorari; from Greene superior court—Judge Lewis. January 28, 1910.

*G. A. Merritt,* for plaintiffs.   *S. H. Sibley,* for defendant.